### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ) | |
| IN RE:  YASMIN AND YAZ (DROSPIRENONE)  ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND PRODUCTS  ) | |
| LIABILITY LITIGATION                                    ) | MDL No. 2100 |
| ) | |
| | ORDER |

**This Document Relates to:**

| | |
|---|---|
| *Christina Allmon v.* <br> *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11333-DRH-PMF |
| *Sarah Anderson v. Bayer Corp., et al.* | No. 3:10-cv-12663-DRH-PMF |
| *Victoria Blanchfield v. Bayer Corp., et al.* | No. 3:10-cv-12661-DRH-PMF |
| *Dagmar Breeden v.* <br> *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11341-DRH-PMF |
| *Dana Buffin v.* <br> *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-12071-DRH-PMF |
| *Audrey Burnett v. Bayer Corp., et al.* | No. 3:10-cv-11183-DRH-PMF |
| *Kendel Cochran v. Bayer Corp., et al.* | No. 3:10-cv-10761-DRH-PMF |
| *Mandolyn Davis v. Bayer Corp., et al.* | No. 3:10-cv-12650-DRH-PMF |
| *Samantha Lehman v. Bayer Corp., et al.* | No. 3:10-cv-12690-DRH-PMF |
| *Stephanie Lowery v.* <br> *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11459-DRH-PMF |
| *Alexandria Mosher v. Bayer Corp., et al.* | No. 3:10-cv-12698-DRH-PMF |
| *Syreeta Page v. Bayer Corp., et al.* | No. 3:10-cv-12700-DRH-PMF |
| *Kelly Perez v.* <br> *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13224-DRH-PMF |
| *Angela Perkins v. Bayer Corp., et al.* | No. 3:10-cv-12701-DRH-PMF |

*Rose Pickard v. Bayer Corp., et al.*                    No. 3:10-cv-12702-DRH-PMF

*Cecelia Ruiz v.*                                        No. 3:10-cv-12847-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Afton Salyers v. Bayer Corp., et al.*                   No. 3:10-cv-12708-DRH-PMF

*Melissa Sellnow v.*                                     No. 3:10-cv-12957-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Charda Siler v.*                                        No. 3:10-cv-11056-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*April Taylor v.*                                        No. 3:09-cv-10065-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Susan Vaughn v. Bayer Corp., et al.*                    No. 3:10-cv-12741-DRH-PMF

*Andrea Velazquez v. Bayer Corp., et al.*                No. 3:10-cv-10483-DRH-PMF

*Diana Warren v.*                                        No. 3:10-cv-10118-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing the above mentioned cases with prejudice dated September 16, 2011, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sandy Pannier*
Deputy Clerk

DATED: September 19, 2011

Digitally signed by David
R. Herndon
Date: 2011.09.19 14:04:43
-05'00'

APPROVED:

CHIEF JUDGE
U. S. DISTRICT COURT